# Court of Appeals
# of the State of Georgia

ATLANTA,___April 04, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0290.  JAVON ANTHONY TRUSS v. THE STATE.**

On March 3, 2016, Javon Anthony Truss filed this discretionary application seeking review of "the order of the petition for adjudication of guilt and imposition of sentence in first offender case," which the trial court entered on April 8, 2014.[1] The state has filed a motion to dismiss the application as untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  Truss failed to meet this deadline.  He asks that we nonetheless consider his application because the attorney who represented him at the revocation hearing promised to file an appeal on his behalf, but never did, instead leaving Truss to proceed pro se.  The requirements of OCGA § 5-6-35 are jurisdictional, however, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, the state's motion to dismiss is GRANTED, and this application is hereby DISMISSED for lack of jurisdiction.

---

[1] Truss filed a motion to reconsider his probation revocation, which the trial court denied on December 5, 2014, and a motion to modify his sentence, which the trial court denied on June 18, 2015.  Truss also filed a motion to correct void sentence, which the trial court denied on December 21, 2015, and Truss appealed therefrom. We dismissed the appeal because the underlying subject matter – probation revocation – required Truss to file an application for discretionary appeal.  See Case No. A16A0845, dismissed February 17, 2016.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___04/04/2016___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*